Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Petitioner: Elgizoli Ahmed

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| ELGIZOLI AHMED,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Mukasey, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzelez, Director of United States Citizenship & Immigration Services; Robert S. Mueller, III, Director of the Federal Bureau of Investigations; Christina Poulos, Director of the California Service Center; et al.<br><br>    Defendants | Case No.<br><br>C07-06278 BZ<br><br>CIVIL ACTION TO COMPEL DEFENDANTS TO COMPLETE NATURALIZATION PROCESS<br><br>INS A#073-048-308 |

**To the Honorable Judges of Northern District of California San Francisco Court:**

Plaintiff, Elgizoli Ahmed, through undersigned counsel, alleges as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2. This action is brought to compel Defendants and those acting under them to take action on a Form N-

400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the United States Citizenship and Immigration California Service Center, California in December 2005 by Elgizoli Ahmed. (See Ex. 1, Declaration of Elgizoli Ahmed.) Elgizoli Ahmed was interviewed by an Immigration Officer on or about April 17, 2006 and successfully passed the English language, history and government tests. (See Ex. 1, Declaration of Elgizoli Ahmed.) To this day, approximately one year and seven months after the interview, Elgizoli Ahmed still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

**FACTS**

6. Elgizoli Ahmed became a lawful permanent resident on January 30, 2001. (See Ex 2, Permanent Resident Card.) He was eligible to file for his United States Citizenship on October 30, 2005, four years and nine months from the date he became a lawful permanent resident.

7. Elgizoli Ahmed filed his Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Naturalization Service Center, California on or about December 2005. (See Ex. 1, Declaration of Elgizoli Ahmed.)

8. Elgizoli Ahmed was interviewed by an Immigration Officer on April 17, 2006 and successfully passed the English language and history and government tests. (See Ex. 1, Declaration of Elgizoli Ahmed.)

To this day, approximately one year and seven months after the interview, Elgizoli Ahmed still awaits the decision on his application.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

9. Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and FBI with documents that clearly establish his eligibility to be naturalized as a U.S. Citizen. Plaintiff has sought the assistance of USCIS Customer Service.

**CLAIMS**

10. Defendants have willfully and unreasonably delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

11. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

12. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1. Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2. Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

3. Grant such other and further relief as this Court deems proper under the circumstances; and

4. Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this ___ day of December 2007.

Respectfully submitted,

Attorneys for Plaintiff

CIVIL ACTION TO COMPEL DEFENDANTS TO COMPLETE NATURALIZATION PROCESS

1  _____
   Shah Peerally, Esq.
2  Attorney for Plaintiff

3  _____
   Erich Keefe, Esq.
4  Attorney for Plaintiff

5

6

7  EXHIBITS

8  1.   Declaration of Elgizoli Ahmed;
   2.   Permanent Resident Card.
9

I,　　　　　declare under penalty of perjury under the laws of the State of California and the United States that the following statement is true and correct:

1. My name is Elgizoli Ahmed;

2. I was born in Sudan on January 1, 1963;

3. I live at 321 Wayne Place, Oakland, CA 94606;

4. I became a lawful permanent resident on January 30, 2001;

5. My A# 073-048-308;

6. I filed an application to become a naturalized United States Citizen in December 2005;

7. I had an interview with an officer of USCIS on April 17, 2006;

8. At the end of that interview, the officer told me that I had passed the English and U.S. History and Government examinations;

9. I have been waiting for a decision on my application since April 17, 2006.


Executed at Fremont, California on November 19, 2007

*[signature]*
Elgizoli Ahmed



