# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 22, 2008

To:   Shah Iqbal Nawaaz Peerally
      Erich Keefe
      Law Offices of Shah Peerally
      4510 Peralta Boulevard, Suite 23
      Fremont, CA 94536


      Re: Elgizoli Ahmed v. Michael Mukasey - C07-6278 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 31, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

                        Sincerely,

                        Richard W. Wieking, Clerk
                        United States District Court


                        /s/ Lashanda Scott
                  By:   Lashanda Scott
                        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd