1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11
   ELGIZOLI AHMED,                    )    No. C 07-06278 BZ
12                                    )
                    Plaintiff,        )
13                                    )
          v.                          )
14                                    )
   MICHAEL MUKASEY, in his official   )    DECLINATION TO PROCEED BEFORE
15 capacity as Attorney General of the United )  A MAGISTRATE JUDGE AND REQUEST
   States; MICHAEL CHERTOFF, Secretary )    FOR REASSIGNMENT TO A UNITED
16 of the Department of Homeland Security; )  STATES DISTRICT JUDGE
   EMILIO GONZALEZ, Director of U.S.  )
17 Citizenship and Immigration Services; )
   ROBERT S. MUELLER III, Director of the )
18 Federal Bureau of Investigation;   )
   CHRISTINA POULOS, Director of the  )
19 California Service Center,         )
                                      )
20                  Defendants.       )
                                      )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

DECLINATION
C07-06278 BZ                                 1

1  Defendants hereby decline the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Dated: March 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants