JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELGIZOLI AHMED,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center,<br><br>               Defendants. | No. C 07-06278 SI<br><br>JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; PROPOSED ORDER |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that this Court render a decision on his application for

1  naturalization.  Given the substance of the action and the lack of any potential middle ground, ADR
2  will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly,
3  pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option
4  Program and that they be excused from participating in the ADR phone conference and any further
5  formal ADR process.

6  Dated: March 11, 2008                           Respectfully submitted,

7                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
8

9                                                         /s/
                                                   MELANIE L. PROCTOR
10                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
11

12 Dated: March 11, 2008                                  /s/
                                                   ERICH KEEFE
13                                                 Attorney for Plaintiff

14

15                        **ORDER**

16     Pursuant to stipulation, IT IS SO ORDERED.

17 Dated:

18                                                 SUSAN ILLSTON
                                                   United States District Judge
19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION
C07-06278 SI                           2