IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELGIZOLI AHMED,　　　　　　　　　　　　　　　No. C 07-06278SI

       Plaintiff,　　　　　　　　　　　　　　　　　　**NOTICE**

  v.

MICHAEL MUKASEY,

       Defendant.
                                      /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 18, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: March 20, 2008　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk