1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11
   ELGIZOLI AHMED,                     )   No. C 07-06278 SI
12                                     )
                    Plaintiff,         )
13                                     )
        v.                             )
14                                     )
   MICHAEL MUKASEY, in his official    )   STIPULATION TO VACATE CASE
15 capacity as Attorney General of the United ) MANAGEMENT CONFERENCE;
   States; MICHAEL CHERTOFF, Secretary )   PROPOSED ORDER
16 of the Department of Homeland Security; )
   EMILIO GONZALEZ, Director of U.S.   )
17 Citizenship and Immigration Services; )
   ROBERT S. MUELLER III, Director of the )
18 Federal Bureau of Investigation;     )
   CHRISTINA POULOS, Director of the   )
19 California Service Center,          )
                                        )
20                  Defendants.         )
   _____)
21
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C07-06278 SI                             1

The parties have submitted a joint case management statement, and proposed a briefing schedule therein. The parties do not have any disputes that would be resolved at a Case Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court, to adopt the filed Case Management Statement without need for a Case Management Conference, and to VACATE the Case Management Conference scheduled for April 18, 2008.

Dated: April 11, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 10, 2008

_____/s/_____
ERICH KEEFE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for April 18, 2008, is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

Dated:

_____
SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.