JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELGIZOLI AHMED, | ) | No. C 07-06278 SI |
| | ) | |
|          Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, in his official | ) | JOINT MOTION TO DISMISS; |
| capacity as Attorney General of the United | ) | PROPOSED ORDER |
| States; MICHAEL CHERTOFF, Secretary | ) | |
| of the Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director of U.S. | ) | |
| Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER III, Director of the | ) | |
| Federal Bureau of Investigation; | ) | |
| CHRISTINA POULOS, Director of the | ) | |
| California Service Center, | ) | |
| | ) | |
|          Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

///

Each of the parties shall bear their own costs and fees.

Dated: June 2, 2008                                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: June 2, 2008                                           _____/s/_____
ERICH KEEFE
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated:

_____
SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.