1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   ELGIZOLI AHMED,                    )   No. C 07-06278 SI
12                                    )
                  Plaintiff,          )
13                                    )
         v.                           )
14                                    )
   MICHAEL MUKASEY, in his official   )   JOINT MOTION TO DISMISS;
15 capacity as Attorney General of the United ) PROPOSED ORDER
   States; MICHAEL CHERTOFF, Secretary )
16 of the Department of Homeland Security; )
   EMILIO GONZALEZ, Director of U.S.  )
17 Citizenship and Immigration Services; )
   ROBERT S. MUELLER III, Director of the )
18 Federal Bureau of Investigation;    )
   CHRISTINA POULOS, Director of the  )
19 California Service Center,          )
                                      )
20                Defendants.         )
                                      )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

24 entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

26 agrees to do so within 30 days of the dismissal of this action.

27 //

28 ///

JOINT MOTION
C07-06278 SI                           1

Each of the parties shall bear their own costs and fees.

Dated: June 2, 2008                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: June 2, 2008                                        _____/s/_____
ERICH KEEFE
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated: _____

SUSAN ILLSTON
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.